RETURN TO COURT AFTER SERVICE



## DISTRICT COURT OF MARYLAND  for Prince George's County
Located at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772

### WRIT OF SUMMONS



AW 07 CV 2932

Defendant : **WASHINGTON METRO AREA TRANSIT AUTHORITY**
Serve On  : WASHINGTON METRO AREA TRANSIT AUTHORITY
Address   : 600 FIFTH ST NW
            WASHINGTON, DC 20001

Date Filed   : Sep 26, 2007
Issue Date   : Oct 2, 2007
Case Number  : 050200291422007
Complaint No. : 002

| | |
|---|---|
| **Trial Date** | **: Jan 28, 2008** |
| **Trial Time** | **: 08:45 am** |
| **Trial Room** | **: 161B** |

You are summoned to appear for trial at the date, time and location shown above. If you intend to be present at the trial, you must file the attached Notice of Intention to Defend within sixty days of receiving this complaint. Failure to file the Notice of Intention to Defend may result in a judgment by default or the granting of the relief sought.

**MUST BE SERVED BY Nov 1, 2007**        **MARY J ABRAMS, Administrative Clerk / TC**

To Private Process Server :

You are hereby commanded to serve this writ of summons and to make your return promptly if served. If you are unable to serve, you are to make your return below and return the original process to the court no later than ten days following the termination of the validity of the process.

I certify that:
☐ I served a summons by delivery of the complaint and all supporting papers to _____
   on date ___ / ___ / 20 _____ at location _____
   The person I left the papers with acknowledged being: (1) A resident of above listed address; (2)18 years of age or older;
   (3) of suitable discretion and their relationship to the defendant is _____
   and that; (4) the above listed address is the defendant's residence or usual place of abode. The facts upon which I
   concluded that the individual served is of suitable age and discretion are :

_____

_____

The cost of service is $ _____

Description of the Defendant / Person Served : Race _____ Sex _____ Height _____ Weight _____ Age _____
☐ I was unable to serve because _____

Attempt: _____ Attempt: _____ Attempt: _____ Attempt: _____

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief and do further affirm I am a competent person over 18 years of age and not party to the case.

Date : ___ / ___ / 20 _____

_____
Signature

_____
Print Name of Process Server

_____
Address

Case Num.

DC/CV 10C (Rev. 3/2006)



**DISTRICT COURT OF MARYLAND**   for Prince George's County
Located at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772

## NOTICE OF INTENTION TO DEFEND

AW 07 CV 2932

Case # 050200291422007

Defendant : WASHINGTON METRO AREA TRANSIT AUTHORITY

Complaint #  002

Trial Date :  Jan 28, 2008

**Notice: If you contest the claim** or any part thereof, you must complete this Notice of Intention to Defend and file with the court no later than 60 days after you receive this Summons and be present in court on the trial date. If you do not appear judgment by default or the relief sought may be granted.

**A corporation** may enter an appearance only by an attorney except that an officer of the corporation may . appear on its behalf if the action is based on a claim that does not exceed $5,000.00.

**Any reasonable accommodation for persons with disabilities should be requested by contacting the court prior to trial.**

## SEE NOTICE ON BACK OF COMPLAINT FORM FOR IMPORTANT INFORMATION

I intend to be present at the trial of this claim and demand proof of the Plaintiff's claim.

**Explanation of defense :**

_____

_____

_____

_____

_____ / _____ / 20 _____
  Date

Case
Num.

_____
Signature

_____
Print Name

_____
Address

_____
City, State, Zip

_____
Home/Work Telephone No.