IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NEWBE SAFO, | * | |
| | * | |
| Plaintiff | * | Case No. |
| vs. | * | |
| | * | |
| CARL HANNAH, WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, KEITH WARD and EDWARD FITZMAURICE, | * * * * * | |
| | * | |
| Defendants | * | |

## DISCLOSURE OF CORPORATE INTEREST

*Check all that apply:*

[ X ] I certify, as party/counsel in this case that <u>Washington Metropolitan Area Transit Authority</u>
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.)

[ ] The following corporate affiliations exist with _____:
(name of party)
_____.
(names of affiliates)

[ ] The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____
(names of entities with possible financial interests)

10/30/2007
Date

Nicholas S. Nunzio, Jr.    #06650
Assistant General Counsel-WMATA
600 Fifth Street, N.W., Second Floor
Washington, D.C. 20001
Telephone: (202) 962-1028
Facsimile: (202) 962-2550
*Attorney for Defendant, WMATA*