## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Southern Division

| | | |
|---|---|---|
| **NEWBE SAFO** | : | |
| 8814 Lanier Drive, Apt 102 | : | |
| Silver Spring, MD 20910 | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CARL C. HANNAH** | : | |
| 11712 Butlers Branch Road | : | |
| Clinton, MD 20735 | : | |
| | : | **Case No. 8:07-cv-2932 AW** |
| **and** | : | |
| | : | |
| **WASHINGTON METROPOLITAN** | : | |
| **AREA TRANSIT AUTHORITY** | : | |
| 600 Fifth Street, N.W. | : | |
| Washington, D.C. 20001 | : | |
| | : | |
| **and** | : | |
| | : | |
| **KEITH A. WARD** | : | |
| 4515 Illinois Avenue, N.W. | : | |
| Washington, D.C. | : | |
| | : | |
| **and** | : | |
| | : | |
| **EDWARD J. FITZMAURICE** | : | |
| 4515 Connecticut Avenue, N.W. | : | |
| Apt. 301 | : | |
| Washington, D.C. 20008 | : | |
| | : | |
| Defendants | : | |

### ANSWER OF DEFENDANT WASHINGTON METROPOLITAN
### AREA TRANSIT AUTHORITY TO PLAINTIFF'S COMPLAINT

**COMES NOW** the Defendant, Washington Metropolitan Area Transit

Authority (hereinafter referred to as "WMATA"), by and through undersigned

counsel, and for answer to Plaintiff's Complaint states as follows:

## FIRST DEFENSE

Plaintiff's Complaint fails to state a cause of action against the Defendant, WMATA, for which relief may be granted.

## SECOND DEFENSE

1.   The Defendant admits that this Court has jurisdiction pursuant to Section 81 of the Washington Metropolitan Area Transit Authority Compact, 80 Stat. 1350, Pub. L. 89-774 (November 6, 1966) codified at MD *Transportation* CODE ANN. §10-204(81).

2.     The Defendant, WMATA, denies all the allegations contained in Plaintiff's Complaint.  The Defendant, however, admits that on September 13, 2006, at approximately 6:45 a.m., the WMATA buses were being operated by Keith A. Ward and Carl C. Hannah with Defendant's permission and consent on a revenue-generating route.

Further answering the Complaint, the Defendant, WMATA, denies any and all allegations of negligence and/or other improper conduct and further denies all allegations contained in Plaintiff's Complaint not heretofore specifically admitted or denied.

## THIRD DEFENSE

Plaintiff's claim is barred by his sole and/or contributory negligence.

2

## FOURTH DEFENSE

Plaintiff's claim is barred by his assumption of the risk.

## FIFTH DEFENSE

Plaintiff's injuries and damages as alleged in the Complaint were the sole result of the acts of the Co-Defendant, Edward J. Fitzmaurice, and/or persons other than WMATA or WMATA's servants, agents, or employees acting within the scope of their employment.

## SIXTH DEFENSE

_____Plaintiff's injuries and damages as alleged in the Complaint are not causally related to the incident; and his healthcare treatment and resultant expenses as alleged in the Complaint were neither reasonable nor necessary. Further, the Defendant denies that the Plaintiff has been injured and damaged to the extent alleged and therefore demands strict proof thereof.

## SEVENTH DEFENSE

The Defendant, WMATA, reserves the right to assert that Plaintiff's claim is barred in whole, or in part, by Section 80 of the WMATA Compact and/or any and all other applicable immunities.

## EIGHTH DEFENSE

The Defendant, WMATA, reserves the right to assert that Plaintiff's claim is barred by the applicable Statute of Limitations.

## NINTH DEFENSE

The Defendant, WMATA, intends to rely on all defenses available from the evidence at the time of any trial and expressly reserves the right to assert such a defense as the facts become known.

**WHEREFORE**, having fully answered the Complaint, the Defendant, Washington Metropolitan Area Transit Authority, respectfully requests that Plaintiff's Complaint be dismissed with prejudice and that it be awarded costs.

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**

Carol B. O'Keeffe
General Counsel

Mark F. Sullivan
Deputy General Counsel

_____ /s/  [by NSN]
Gerard J. Stief #02697
Associate General Counsel
gstief@wmata.com

_____ /s/ _____
Nicholas S. Nunzio, Jr. #06650
Assistant General Counsel-WMATA
600 5th St., N.W.
Washington, D.C.  20001
Telephone:  (202) 962-1028
Facsimile:  (202) 962-2550
E-mail: nnunzio@wmata.com
Attorney for Defendant, WMATA

4

## DEMAND FOR JURY TRIAL

The Defendant, WMATA, demands a trial by jury as to all issues raised herein.

_____/s/_____
Nicholas S. Nunzio, Jr.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 5th day of November  2007 a true copy

of the foregoing Washington Metropolitan Area Transit Authority's Answer

to Plaintiff's Complaint  was mailed first class mail, postage prepaid to

Peter A. Chapin, Esquire
Sacks & Chapin, P.C.
927 15th Street, N.W., 9th Floor
Washington, D.C. 20005

Carl C. Hannah
11712 Butlers Branch Road
Clinton, MD 20735

Keith A. Ward
4515 Illinois Avenue, N.W.
Washington, D.C.

Edward J. Fitzmaurice
4515 Connecticut Avenue, N.W.
Apt. 301
Washington, D.C. 20008

_____/s/_____
Nicholas S. Nunzio, Jr.

5

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Southern Division

| | |
|---|---|
| **NEWBE SAFO** | : |
| 8814 Lanier Drive, Apt 102 | : |
| Silver Spring, MD 20910 | : |
| | : |
| Plaintiff | : |
| | : |
| **v.** | : |
| | : |
| **CARL C. HANNAH** | : |
| 11712 Butlers Branch Road | : |
| Clinton, MD 20735 | : |
| | :     **Case No. 8:07-cv-2932 AW** |
| **and** | : |
| | : |
| **WASHINGTON METROPOLITAN** | : |
| **AREA TRANSIT AUTHORITY** | : |
| 600 Fifth Street, N.W. | : |
| Washington, D.C. 20001 | : |
| | : |
| **and** | : |
| | : |
| **KEITH A. WARD** | : |
| 4515 Illinois Avenue, N.W. | : |
| Washington, D.C. | : |
| | : |
| **and** | : |
| | : |
| **EDWARD J. FITZMAURICE** | : |
| 4515 Connecticut Avenue, N.W. | : |
| Apt. 301 | : |
| Washington, D.C. 20008 | : |
| | : |
| Defendants | : |

## WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY'S CROSS-CLAIM AGAINST EDWARD J. FITZMAURICE

**COMES NOW** the Cross-Plaintiff, Washington Metropolitan Area

Transit Authority (hereinafter referred to as "WMATA"), by and through

undersigned counsel, and for cross-claim against Cross-Defendant, Edward J.

Fitzmaurice, states as follows:

## COUNT I
### (Contribution and Indemnity)

1.      Plaintiff, Newbe Safo,  filed a Complaint, which is in the Court

file and incorporated by reference herein, against WMATA, Carl C. Hannah,

Keith A. Ward and Edward J. Fitzmaurice, alleging negligence by Defendants

in their respective operation of WMATA buses and automobile on September

13, 2006 at the intersection of 16th Street, N.W. and Irving Street, N.W. in

Washington, D.C.

2.      The above-captioned case was removed from the District Court

of Maryland for Prince George's County to this Court, pursuant to 28 U.S.C.

1446.  Section 81 of the Washington Metropolitan Area Transit Authority

Compact at 80 Stat. 1350, Pub. L. 89-774 (November 6, 1966) as set forth

in MD *Transportation* CODE ANN. §10-204 (81).

3.      This Court has supplemental jurisdiction of Plaintiff's claims

against the individual Defendants and Cross-Plaintiff's claims against the

individual Cross-Defendant, pursuant to 28U.S.C.1367(a).

4.      Cross-Plaintiff, WMATA, denies any and all negligence and

alleges that Plaintiff's injuries and damages as alleged in his Complaint  were

not caused by any negligent act, error or omission of Cross-Plaintiff,

WMATA, but by the negligent acts, errors, or omissions of Cross-Defendant,

Edward J. Fitzmaurice, who caused and/or contributed to bringing about the incident and injuries alleged in Plaintiff's Complaint; that but for said acts, errors, or omissions the alleged incident and injuries, if any, would not have occurred and have been sustained, and if Cross-Plaintiff, WMATA, is adjudged liable to Plaintiff for any such damages, Cross-Plaintiff, WMATA , is entitled to contribution and/or indemnity from Cross-Defendant, Edward J. Fitzmaurice, for any and all sums adjudged against it.

**WHEREFORE**, Cross-Plaintiff, Washington Metropolitan Area Transit Authority, demands judgment for contribution and/or indemnity against the Cross-Defendant, Edward J. Fitzmaurice, for the following: (1) any and all sums adjudged against it in favor of the Plaintiff; (2) for its costs and expenses, including attorneys' fees, in defending Plaintiff's action; or (3) for contribution as to any such sums in an amount not less than one-half (½) of such judgment as the Plaintiff may take against it; and (4) for such other and further relief as to this Honorable Court deems just, necessary and proper.

**WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY**

Carol B. O'Keeffe
General Counsel

Mark F. Sullivan
Deputy General Counsel

3

_____ /s/  [by NSN]
Gerard J. Stief #02697
Associate General Counsel
gstief@wmata.com


_____ /s/_____
Nicholas S. Nunzio, Jr. #06650
Assistant General Counsel-WMATA
600 5th St., N.W.
Washington, D.C.  20001
Telephone:  (202) 962-1028
Facsimile:  (202) 962-2550
E-mail: nnunzio@wmata.com
Attorney for Defendant, WMATA

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 5th day of November  2007 a true copy

of the foregoing Washington Metropolitan Area Transit Authority's Cross-

Claim Against Edward J. Fitzmaurice was mailed first class mail, postage

prepaid to

Peter A. Chapin, Esquire
Sacks & Chapin, P.C.
927 15th Street, N.W., 9th Floor
Washington, D.C. 20005

Carl Caswell Hannah
11712 Butlers Branch Road
Clinton, MD 20735

Keith Ward
4515 Illinois Avenue, N.W.
Washington, D.C.

4

Edward J. Fitzmaurice
4515 Connecticut Avenue, N.W.
Apt. 301
Washington, D.C. 20008

_____/s/_____
Nicholas S. Nunzio, Jr.
