IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | | |
|---|---|---|
| **NEWBE SAFO** | : | |
| 8814 Lanier Drive, Apt 102 | : | |
| Silver Spring, MD 20910 | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| **CARL C. HANNAH** | : | |
| 11712 Butlers Branch Road | : | |
| Clinton, MD 20735 | : | |
| | : | **Case No. 8:07-cv-2932 AW** |
| and | : | |
| | : | |
| **WASHINGTON METROPOLITAN** | : | |
| **AREA TRANSIT AUTHORITY** | : | |
| 600 Fifth Street, N.W. | : | |
| Washington, D.C. 20001 | : | |
| | : | |
| and | : | |
| | : | |
| **KEITH A. WARD** | : | |
| 4515 Illinois Avenue, N.W. | : | |
| Washington, D.C. | : | |
| | : | |
| and | : | |
| | : | |
| **EDWARD J. FITZMAURICE** | : | |
| 4515 Connecticut Avenue, N.W. | : | |
| Apt. 301 | : | |
| Washington, D.C. 20008 | : | |
| | : | |
| Defendants | : | |

**DEFENDANT WASHINGTON METROPOLITAN AREA TRANSIT
AUTHORITY'S MOTION TO TRANSFER TO THE UNITED
STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**COMES NOW** the Defendant and Cross-Plaintiff, Washington

Metropolitan Area Transit Authority (hereinafter referred to as "WMATA") , by and through undersigned counsel, and respectfully moves this Honorable Court to transfer the above-captioned matter in its entirety to the United States District Court for the District of Columbia, pursuant to 28 U.S.C.1404, and in support hereof respectfully directs this Court's attention to the attached Memorandum of Points and Authorities.

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**

 /s/
Nicholas S. Nunzio, Jr. #06650
Assistant General Counsel-WMATA
600 5th St., N.W.
Washington, D.C.  20001
Telephone:  (202) 962-1028
Facsimile:  (202) 962-2550
E-mail: nnunzio@wmata.com
Attorney for Defendant, WMATA

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 5th day of November  2007 a true copy of the foregoing Defendant Washington Metropolitan Area Transit Authority's Motion to Transfer to the United States District Court for the District of Columbia, together with the Memorandum of Points and Authorities and proposed Order, was mailed first class mail, postage prepaid to

Peter A. Chapin, Esquire
Sacks & Chapin, P.C.
927 15th Street, N.W., 9th Floor
Washington, D.C. 20005

Carl Caswell Hannah
11712 Butlers Branch Road
Clinton, MD 20735

Keith Ward
4515 Illinois Avenue, N.W.
Washington, D.C.

Edward J. Fitzmaurice
4515 Connecticut Avenue, N.W.
Apt. 301
Washington, D.C. 20008

/s/
Nicholas S. Nunzio, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| **NEWBE SAFO** <br> 8814 Lanier Drive, Apt 102 <br> Silver Spring, MD 20910 <br><br> Plaintiff <br><br> v. <br><br> **CARL C. HANNAH** <br> 11712 Butlers Branch Road <br> Clinton, MD 20735 <br><br> and <br><br> **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY** <br> 600 Fifth Street, N.W. <br> Washington, D.C. 20001 <br><br> and <br><br> **KEITH A. WARD** <br> 4515 Illinois Avenue, N.W. <br> Washington, D.C. <br><br> and <br><br> **EDWARD J. FITZMAURICE** <br> 4515 Connecticut Avenue, N.W. <br> Apt. 301 <br> Washington, D.C. 20008 <br><br> Defendants | Case No. 8:07-cv-2932 AW |

## MEMORANDUM OF POINTS AND AUTHORITIES

**COMES NOW** the Defendant and Cross-Plaintiff, WMATA , by and through undersigned counsel, and respectfully submits the following

Memorandum of Points and Authorities in support of Defendant's request to transfer the above-captioned matter in its entirety to the United States District Court for the District of Columbia, pursuant to 28 U.S.C.1404:

1.      Plaintiff, Newbe Safo, has filed a Complaint, which is attached hereto and made a part hereof as **EXHIBIT I**, against the Defendants, WMATA, Carl C. Hannah, Keith A. Ward and Edward J. Fitzmaurice, alleging negligence by these Defendants in their respective operation of WMATA buses and automobile on September 13, 2006 at the intersection of 16th Street, N.W. and Irving Street, N.W. in Washington, D.C. [1]

2.      The above-captioned case was removed from the District Court of Maryland for Prince George's County to this Court, pursuant to 28 U.S.C. 1446.  Section 81 of the Washington Metropolitan Area Transit Authority Compact at 80 Stat. 1350, Pub. L. 89-774 (November 6, 1966) as set forth in MD *Transportation* CODE ANN. §10-204 ( 81).

3.      This Court has supplemental matter jurisdiction of Plaintiff's personal injury claims against the Defendant, Carl C. Hannah, Keith A. Ward and Edward J. Fitzmaurice and Cross-Plaintiff WMATA's claims for

---

[1] There were 12 passengers on board the WMATA buses at the time of the accident.  Currently, there is another lawsuit arising out of this accident pending in the United States District Court for the District of Columbia  styled <u>Alexander Pineda v. WMATA and Edward J. Fitmaurice</u>, Case No. 1:07-cv-01948 (Judge Emmet G. Sullivan).  Should this Court transfer this matter to the United States District Court for the District of Columbia, the Defendant will request consolidation of these civil actions.

contribution and/or indemnity against the Cross-Defendant, Edward J. Fitzmaurice, pursuant to 28 U.S.C.1367(a).[2]

4. Plaintiff may have brought this civil action in the United States District Court for the District of Columbia (hereinafter referred to as "D.C. Court") in that (1) the D.C. Court has jurisdiction of the Defendant, WMATA, (See, above); (2) the D.C. Court has supplemental jurisdiction of Plaintiff's claims against the individual Defendants (See, 28 U.S.C. 1367[a]); (3) the D.C. Court has personal jurisdiction of all Defendants (See, D.C. Code §13-422 and §13-423[a][3]); and the alleged negligence occurred in the District of Columbia.[3]

5. For the convenience of the parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought. 28 U.S.C. 1404 (a). In deciding whether to transfer a civil action, the court considers: (a) the weight accorded plaintiff's choice of venue, (b) witness convenience and access, (c) convenience of the parties and (d) the interest of justice. Dicken v.

---

[2] Defendants, Carl Hannah and Keith Ward, were WMATA bus operators, who were driving WMATA buses at the time of the occurrence with permission and consent and on revenue-generating routes. Accordingly, these individual Defendants are immune from lawsuit. Section 80 of the Washington Metropolitan Area Transit Authority Compact at 80 Stat. 1350, Pub. L. 89-774 (November 6, 1966) as set forth in MD *Transportation* CODE ANN. §10-204 ( 80).

[3] The Maryland courts do not have personal jurisdiction of the Defendants, Keith Ward and Edward Fitzmaurice. They are not domiciled in Maryland. MD *Courts & Judicial Proceedings* CODE ANN. §6-102. Maryland's Long-Arm Statute does not apply. MD *Courts & Judicial Proceedings* CODE ANN. §6-103 (b) (3).

United States, 862 F. Supp. 91 (Md. 1994).

6.(a) Plaintiff's Choice of Venue: Plaintiff's choice of forum is given little weight when none of the conduct complained of occurred in the forum selected by the plaintiff and said forum has no connection with the matter in controversy. Dicken, 862 F. Supp. at 92-93. In this case, the motor vehicle accident, which allegedly caused Plaintiff's injuries, occurred in the District of Columbia. Maryland has no connection whatsoever with the matter in controversy.

(b) Witness Convenience and Access: Other than the Plaintiff, who resides in Maryland, and the Defendant, Carl C. Hannah, who likewise resides in Maryland (but drives a bus in the District of Columbia), all liability witnesses, especially the investigating D.C. Metropolitan Police Officer, are located in the District of Columbia. Furthermore, Plaintiff's healthcare providers located in Kensington, Maryland and Rockville, Maryland fall within the 100-mile jurisdictional reach of F.R.C.P. 45.

(c) Convenience of the Parties: The Plaintiff originally chose the District Court in Upper Marlboro, Maryland away from the homes of other parties and numerous liability witnesses. It is far more convenient for the parties and liability witnesses, including the investigating police officer, to travel to downtown Washington, D.C. than Greenbelt, Maryland, especially for those witnesses who rely on bus transportation.

(d) <u>Interest of Justice</u>: Interest of justice includes the court's familiarity with applicable law and access to the accident site. <u>Dicken</u>, 862 F. Supp. at 94.  In the matter *sub judice*, District of Columbia law regarding negligence, including the City's motor vehicle regulations found at CDCR §§18-2200, <u>et seq</u>., will apply.   See, <u>Equitable Trust Co. V. G & M. Constr. Corp</u>, 544 F. Supp. 736 (Md. 1982) (choice-of-law results the same whether the Court applies "the law of the state with the most significant relationship to the events and parties involved" or Maryland's "law of the place of the tort"). Furthermore, the motor vehicle accident site is three miles from the E. Barrett Prettyman Federal Courthouse in Washington, D.C. should it become necessary for the jury to view it.

7.   Based upon the aforementioned analysis, Defendant, WMATA, requests that this matter be transferred to the United States District Court for the District of Columbia.

**WHEREFORE**, the Defendant and Cross-Plaintiff, Washington Metropolitan Area Transit Authority, requests that this case be transferred in its entirety to the United States District Court for the District of Columbia, pursuant to 28 U.S.C.1404 and for such other and further relief as to this Honorable Court deems just and proper.

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**

_____/s/_____
Nicholas S. Nunzio, Jr. #06650
Assistant General Counsel-WMATA
600 5th St., N.W.
Washington, D.C.  20001
Telephone:  (202) 962-1028
Facsimile:  (202) 962-2550
E-mail: nnunzio@wmata.com
Attorney for Defendant, WMATA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| **NEWBE SAFO** <br> 8814 Lanier Drive, Apt 102 <br> Silver Spring, MD 20910 <br><br> Plaintiff <br><br> v. <br><br> **CARL C. HANNAH** <br> 11712 Butlers Branch Road <br> Clinton, MD 20735 <br><br> and <br><br> **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY** <br> 600 Fifth Street, N.W. <br> Washington, D.C. 20001 <br><br> and <br><br> **KEITH A. WARD** <br> 4515 Illinois Avenue, N.W. <br> Washington, D.C. <br><br> and <br><br> **EDWARD J. FITZMAURICE** <br> 4515 Connecticut Avenue, N.W. <br> Apt. 301 <br> Washington, D.C. 20008 <br><br> Defendants | **Case No. 8:07-cv-2932 AW** |

**O R D E R**
**(Transferring Case to the United States District Court for the District of Columbia)**

**UPON CONSIDERATION** of the Defendant Washington Metropolitan

Area Transit Authority's Motion to Transfer to the United States District Court for the District of Columbia, the points and authorities cited in support thereof, and upon a review of the Plaintiff's Complaint (EXHIBIT !) and the record of this case (and any opposition thereto and it appearing to this Court that transfer to the United States District Court for the District of Columbia pursuant to 28 U.S.C. 1404 is warranted, it is by the United States District Court for the District of Maryland this _____ day of _____ 2007,

**ORDERED**, that Defendant Washington Metropolitan Area Transit Authority's Motion to Transfer to the United States District Court for the District of Columbia be and the same is hereby **GRANTED**; and, it is further,

**ORDERED**, that the above-captioned case in its entirety be and the same is hereby **TRANSFERRED** to the United States District Court for the District of Columbia; and, it is further,

**ORDERED**, that the Clerk of this Court shall take all necessary steps and issue all appropriate notices in order to effectuate the transfer of this matter to the United States District Court for the District of Columbia.

_____
ALEXANDER WILLIAMS, JR.
UNITED STATES JUDGE

Copies to:

Nicholas S. Nunzio, Jr.
Assistant General Counsel-WMATA
Office of the General Counsel
600 Fifth Street, N.W., Second Floor
Washington, D.C. 20001

Peter A. Chapin, Esquire
Sacks & Chapin, P.C.
927 15th Street, N.W., 9th Floor
Washington, D.C. 20005

Carl Caswell Hannah
11712 Butlers Branch Road
Clinton, MD 20735

Keith Ward
4515 Illinois Avenue, N.W.
Washington, D.C.

Edward J. Fitzmaurice
4515 Connecticut Avenue, N.W.
Apt. 301
Washington, D.C. 20008

# DISTRICT COURT OF MARYLAND FOR

LOCATED AT (COURT ADDRESS)
Prince George's County, Courthouse, Upper Marlboro, Md.

COMPLAINT ☐ $5,000 or under ☒ over $5,000 ☐ over $10,000

Clerk: Please docket this case in an action of ☐ contract ☒ tort ☐ replevin ☐ detinue.

The particulars of this case are:

**CASE NO.**

CV

**PARTIES**

**Plaintiff:**
NEWBE SAFO
8814 Lanier Drive, Apt. #102
Silver Spring, Maryland, 20910

**VS.**

**Defendant(s):**

1. CAROL CASWELL HANNAH
11712 Butlers Branch Road
Clinton, Maryland, 20735
Serve by: ☐ Certified Mail ☒ Private Process ☐ Constable ☐ Sheriff

2. WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
600 Fifth Street, N.W.
Washington, D.C., 20001
Serve by: ☐ Certified Mail ☒ Private Process ☐ Constable ☐ Sheriff

3. KEITH A WARD
4515 Illinois Avenue, N.W.
Washington, D.C.
Serve by: ☐ Certified Mail ☒ Private Process ☐ Constable ☐ Sheriff

4. EDWARD J. FRITZMAURICE
4514 Connecticut Ave, N.W., #301
Washington, D.C.,
Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

**ATTORNEYS**

For Plaintiff - Name, Address, Telephone Number & Code

Peter A. Chapin, Esquire
Sacks & Chapin, P.C.
927 15th Street, N.W. - 9th Floor
Washington, D.C., 20005     #5871

On or about Wednesday, September 13, 2006, at approximately 6:45 A.M., plaintiff, Newbe Safo was riding as a passenger for hire on a Washington Metropolitan Area Transit Authority Metrobus traveling southbound on 16th Street, N.W., Washington, D.C. This bus was being operated by defendant Carl Casell Hannah, who by information and belief, was operating said vehicle within the scope of his employment with the corporate defendant into the intersection with Irving Street, N.W., Washington, D.C. Suddenly and without warning the said bus was in collision with a motor vehicle owned and being operated by defendant Edward J. Fritzmaurice who had been traveling eastbound on Irving Street, N.W.. Immediately thereafter, the WMATA Metrobus in which plaintiff was riding as passenger was struck from the rear by another WMATA Metrobus being operated by co-defendant Keith A. Ward, also by information and belief operating said vehicle within the scope of his employment with co-defendant WMATA.

As a result of the multiple collision and the joint and several negligence and carelessness of the three (3) drivers, plaintiff, Newbe Safo sustained multiple, painful and personal injuries and damages

(See Continuation Sheet)

☐ Legal
☐ Contractual ____%

The Plaintiff claims:
☒ $ 10,000.00 _____ plus interest of $ _____ and attorney's fees of $ _____ plus court costs.

☐ Return of the property and damages of $ _____ for its detention in an action of replevin.

☐ Return of the property, or its value, plus damages of
$ _____ for its detention in action of detinue.

☐ Other: _____
and demands judgment for relief.

_____
Signature of Plaintiff/Attorney/Attorney Code
Telephone Number: (202) 659-1200

## APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed.

☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest work sheet
☐ Vouchers ☐ Check ☐ Other written document ☐ _____ ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the ☐ Plaintiff ☐ _____ of the Plaintiff herein and am competent to testify to
(Owner/Partner/Agent/Officer)

the matters stated herein, which are made on my personal knowledge; that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint.
☐ That

_____

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters. The Defendant is not now in the military service, as defined in the Servicemembers Civil Relief Act.

_____          _____
Date                                              Signature of Affiant

# EXHIBIT 1

DC/CV1 (FRONT) (REV.11/2005)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| **NEWBE SAFO**<br>8814 Lanier Drive, Apt 102<br>Silver Spring, MD 20910<br><br>    Plaintiff<br><br>v.<br><br>**CARL C. HANNAH**<br>11712 Butlers Branch Road<br>Clinton, MD 20735<br><br>and<br><br>**WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY**<br>600 Fifth Street, N.W.<br>Washington, D.C. 20001<br><br>and<br><br>**KEITH A. WARD**<br>4515 Illinois Avenue, N.W.<br>Washington, D.C.<br><br>and<br><br>**EDWARD J. FITZMAURICE**<br>4515 Connecticut Avenue, N.W.<br>Apt. 301<br>Washington, D.C. 20008<br><br>    Defendants | Case No. 8:07-cv-2932 AW |

<u>O R D E R</u>
(Transferring Case to the United States District Court for the District of
Columbia)

**UPON CONSIDERATION** of the Defendant Washington Metropolitan

Area Transit Authority's Motion to Transfer to the United States District Court for the District of Columbia, the points and authorities cited in support thereof, and upon a review of the Plaintiff's Complaint (EXHIBIT !) and the record of this case (and any opposition thereto and it appearing to this Court that transfer to the United States District Court for the District of Columbia pursuant to 28 U.S.C. 1404 is warranted, it is by the United States District Court for the District of Maryland this _____ day of _____ 2007,

**ORDERED**, that Defendant Washington Metropolitan Area Transit Authority's Motion to Transfer to the United States District Court for the District of Columbia be and the same is hereby **GRANTED**; and, it is further,

**ORDERED**, that the above-captioned case in its entirety be and the same is hereby **TRANSFERRED** to the United States District Court for the District of Columbia; and, it is further,

**ORDERED**, that the Clerk of this Court shall take all necessary steps and issue all appropriate notices in order to effectuate the transfer of this matter to the United States District Court for the District of Columbia.

ALEXANDER WILLIAMS, JR.
UNITED STATES JUDGE

Copies to:

Nicholas S. Nunzio, Jr.
Assistant General Counsel-WMATA
Office of the General Counsel
600 Fifth Street, N.W., Second Floor
Washington, D.C. 20001

Peter A. Chapin, Esquire
Sacks & Chapin, P.C.
927 15th Street, N.W., 9th Floor
Washington, D.C. 20005

Carl Caswell Hannah
11712 Butlers Branch Road
Clinton, MD 20735

Keith Ward
4515 Illinois Avenue, N.W.
Washington, D.C.

Edward J. Fitzmaurice
4515 Connecticut Avenue, N.W.
Apt. 301
Washington, D.C. 20008