IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

NEWBE SAFO,                              :

      Plaintiff                      :

   vs.                                  :      Case No.: 8:07-cv-2932 AW

CARL C. HANNAH, et al,                   :

      Defendants                     :


PLAINTIFF'S RESPONSE TO DEFENDANT WASHINGTON
METROPOLITAN TRANSIT AUTHORITY'S MOTION
TO TRANSFER TO THE UNITED STATES DISTRICT
<u>COURT FOR THE DISTRICT OF COLUMBIA</u>

     Comes now the plaintiff, Newbe Safo, by and through his attorneys, Sacks & Chapin, P.C., and in response to defendant Washington Metropolitan Area Transit Authority's (hereinafter referred to as "WMATA") Motion to Transfer the instant case to the United States District Court for the District of Columbia respectfully responds as follows:

     1.    Plaintiff originally commenced suit in the present case in the District Court of Maryland for Prince George's County as against defendants, Carol C. Hannah, WMATA, Keith A. Ward and Edward J. Fritzmaurice.  Service of process has been achieved upon all defendants.  On October 30, 2007, defendant WMATA filed a Notice of Removal in this case, seeking the removal of the matter from the District Court of Maryland for Prince George's County to this Court.

     2.    On November 5, 2007, defendant WMATA filed an Answer to plaintiff's original Complaint, together with a Cross-Claim against co-defendant Edward J.

-1-

Fritzmaurice (denominated in defendant WMATA's pleadings as "Fitzmaurice"), who although served with process in the District Court of Maryland for Prince George's County proceeding on October 12, 2007, has yet to file an Answer or other responsive pleading.

3.    Concurrently on November 5, 2007, defendant WMATA filed a Motion to Transfer the instant proceedings to the United States District Court for the District of Columbia, representing to the Court, among other things, that there is another law suit arising out of the same motor vehicle collision as was originally complained of by plaintiff herein currently before the United States District Court for the District of Columbia entitled *Alexander Pineda v. WMATA and Edward J. Fitzmaurice*, Case No.: 1:07-cv-01948, (Judge Emmet G. Sullivan).  Defendant WMATA further urges that this court may transfer this matter to any other Federal District Court or division where it might have been brought, and for the convenience of the parties, as well as other reasons, defendant WMATA moves that this case be transferred to the United States District Court for the District of Columbia.

4.    Plaintiff believes that inasmuch as there has been a previous filed law suit in the United States District Court for the District of Columbia, coupled with the other bases urged by defendant WMATA, that this defendant is correct that the instant matter should be transferred.

WHEREFORE, the premises being considered, plaintiff, Newbe Safo, consents that the instant matter be transferred to the United States District Court for the District of Columbia such that it may be consolidated with a pending law suit in that Court arising out of the same motor vehicle collision complained of in Mr. Newbe's Complaint.

Respectfully submitted,

SACKS & CHAPIN, P.C.


/S/_____
          PETER A. CHAPIN,      #05376
          Attorney for Plaintiff
          927 15th Street, N.W.
          9th Floor
          Washington, D.C.,  20005
          (202) 659-1200
          (FAX) (202) 659-1029
          pac@sacksandchapin.com


## CERTIFICATE OF SERVICE


        I HEREBY CERTIFY that a copy of the foregoing Response to defendant WMATA's Motion to Transfer to the United States District Court for the District of Columbia was served via first-class mail upon counsel for defendant WMATA, Nicholas S. Nunzio, Jr., Esquire, 600 5th Street, N.W., Washington, D.C., 20005; Carl Caswell Hannah, 11712 Butlers Branch Road, Clinton, Maryland, 20735; Keith Ward, 4515 Illinois Avenue, N.W., Washington, D.C.; Edward J. Fritzmaurice, 4515 Connecticut Avenue, N.W., Apt. #301, Washington, D.C.; and upon an appropriate representative of defendant Fritzmaurice, USAA, Attn: Jeffrey Reardon, P.O. Box 659468, San Antonio, Texas, 78265, this 5th day of November, 2007.


/S/_____
          PETER A. CHAPIN,
          Attorney for Plaintiff