**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DISTRICT**

NEWBE SAFO,                                    *

                                            *

        Plaintiff,                              *

                                            *

        v.                                            *          Civil Action No. AW-07-2932

                                            *

CAROL HANNAH, *et al.*,                    *

                                            *

        Defendants.                           *

                                            *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, IT IS this **15th day of November, 2007** by the United States District Court for the District of Maryland, hereby **ORDERED**:

1. That the Motion to Transfer to the United States District Court for the District of Columbia filed by Defendant WMATA (Docket No. 6) BE, and the same hereby IS, **GRANTED**;

2. That the Clerk of the Court **TRANSFER** this case to the United States District Court for the District of Columbia;

3. That the Clerk of the Court **CLOSE** this case; AND

4. That the Clerk of the Court transmit copies of this Opinion and Order to all parties of record.

                                                               /s/

                                                  Alexander Williams, Jr.

                                                  United States District Judge