# U.S. District Court
## District of Maryland (Greenbelt)
### CIVIL DOCKET FOR CASE #: 8:07−cv−02932−AW

| | |
|---|---|
| Safo v. Hannah et al | Date Filed: 10/29/2007 |
| Assigned to: Judge Alexander Williams, Jr | Date Terminated: 11/15/2007 |
| Cause: 28:1441 Petition for Removal– Personal Injury | Jury Demand: Defendant |
| | Nature of Suit: 350 Motor Vehicle |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Newbe Safo**     represented by     **Peter Andrew Chapin**
Sacks and Chapin PC
927 15th St NW Ninth Fl
Washington, DC 20005
12026591200
Fax: 12026591029
Email: pac@sacksandchapin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Carol Caswell Hannah**

**Defendant**

**Washington Metropolitan Area Transit Authority**     represented by     **Gerard J Stief**
Washington Metropolitan Area Transit Authority
600 Fifth St NW Ste 2D 01
Washington, DC 20001
12029621013
Fax: 12029622550
Email: GSTIEF@WMATA.COM
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas S Nunzio, Jr**
Washington Metropolitan Area Transit Authority
600 Fifth St NW Second Fl
Washington, DC 20001
12029621013
Fax: 12029622550
Email: nnunzio@wmata.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Keith A Ward**

**Defendant**

**Edward J. Fritzmaurice**

**Cross Claimant**

| | | |
|---|---|---|
| **Washington Metropolitan Area Transit Authority** | represented by | **Gerard J Stief**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Nicholas S Nunzio, Jr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Cross Defendant**

**Edward J. Fritzmaurice**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/29/2007 | 1 | NOTICE OF REMOVAL from District of Maryland for Prince George's County, case number 050200291422007. ( Filing fee $ 350 receipt number 84637011417), filed by Washington Metropolitan Area Transit Authority. (Attachments: # 1 Civil Cover Sheet)(rank, Deputy Clerk) (Entered: 10/31/2007) |
| 10/29/2007 | 2 | COMPLAINT against Carol Caswell Hannah, Washington Metropolitan Area Transit Authority, Keith A Ward, Edward J. Fritzmaurice (Filing fee $ 350.), filed by Newbe Safo.(rank, Deputy Clerk) (Entered: 10/31/2007) |
| 10/29/2007 | 3 | Summons Reissued as to Washington Metropolitan Area Transit Authority. (Attachments: # 1 Notice of Intention to Defend)(rank, Deputy Clerk) (Entered: 10/31/2007) |
| 10/29/2007 |   | The above pleadings are all copies of original papers filed in the District Court of Maryland for Prince George's County (rank, Deputy Clerk) (Entered: 10/31/2007) |
| 10/29/2007 | 4 | Local Rule 103.3 Disclosure Statement by Washington Metropolitan Area Transit Authority. (rank, Deputy Clerk) (Entered: 10/31/2007) |
| 11/05/2007 | 5 | ANSWER to Complaint, CROSSCLAIM against Edward J. Fritzmaurice by Washington Metropolitan Area Transit Authority.(Nunzio, Nicholas) (Entered: 11/05/2007) |
| 11/05/2007 | 6 | MOTION to Transfer Case *to the U.S. District Court for the District of Columbia* by Washington Metropolitan Area Transit Authority. Responses due by 11/26/2007 (Attachments: # 1 Exhibit Exhibits to Motion to Transfer)(Nunzio, Nicholas) (Entered: 11/05/2007) |
| 11/06/2007 | 7 | RESPONSE in Support re 6 MOTION to Transfer Case *to the U.S. District Court for the District of Columbia Plaintiff's Response to Defendant Washington Metropolitan Area Transit Authority's Motion to Transfer to the United States District Court for the District of Columbia* filed by Newbe Safo.Replies due by 11/20/2007. (Chapin, Peter) (Entered: |

| | | |
|---|---|---|
| | | 11/06/2007) |
| 11/15/2007 | 8 | MEMORANDUM OPINION. Signed by Judge Alexander Williams Jr. on 11/15/07. (ch, Deputy Clerk) (Entered: 11/15/2007) |
| 11/15/2007 | 9 | ORDER granting 6 Motion to Transfer Case; The Clerk of the Court TRANSFER this case to the United States District Court for the District of Columbia; That the Clerk of the Court CLOSE this case. Signed by Judge Alexander Williams Jr. on 11/15/07. (ch, Deputy Clerk) (Entered: 11/15/2007) |