CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NEWBE SAFO                              )
                                       )
                                       )
                    Plaintiffs         )
        v.                             )        Civil Case Number 07-2325(EGS)
                                       )
                                       )        Category     B
                                       )
CAROL HANNAH, ET AL.                   )
                                       )
                    Defendants         )

# REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>January 3, 2008</u> from <u>Judge Richard W. Roberts</u> to <u>Judge Emmet G. Sullivan</u> by direction of the Calendar Committee.

(Case related to CA 07-1948 before Judge Sullivan)

<u>JUDGE ELLEN SEGAL HUVELLE</u>
Chair, Calendar Committee

cc:    <u>Judge Roberts</u> & Courtroom Deputy
       <u>Judge Sullivan</u> & Courtroom Deputy
       Liaison, Calendar Committee
       Civil Case Processing Clerk