UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NEWBE SAFO, | : | |
|     Plaintiff | : | |
| vs. | : | Case No.: 01:07-cv-2325 EGS |
| CARL C. HANNAH, et al, | : | |
|     Defendants | : | |

PLAINTIFF'S COUNSEL'S ENTRY OF APPEARANCE

Comes now the plaintiff, Newbe Safo, by and through his attorneys, Sacks & Chapin, P.C., and, Peter A. Chapin, Esquire, and requests that the Clerk of the Court kindly enter the appearance of below signed as counsel for the plaintiff, Newbe Safo, in the above captioned matter.

Plaintiff's counsel notes that this case was originally filed in the District Court of Maryland for Prince George's County; subsequently Removed to the United States District Court for the District of Maryland (Southern Division), and subsequently transferred to this Court by the United States District Court for the District of Maryland (Southern Division).

Plaintiff's counsel further notes that a copy of plaintiff's Complaint originally filed in the District Court of Maryland for Prince George's County has already been filed in this case by way of an attachment to defendant Washington Metropolitan Area Transit Authorities' Notice of Removal.  Unless otherwise directed by the Clerk of the Court, plaintiff's counsel will not file another copy of plaintiff's original Complaint herein.

Respectfully submitted,

SACKS & CHAPIN, P.C.

/S/ Peter A. Chapin
_____
PETER A. CHAPIN,    #002030
Attorney for Plaintiff
927 15th Street, N.W.
9th Floor
Washington, D.C.,  20005
(202) 659-1200
(FAX) (202) 659-1029

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Counsel's Entry of Appearance was e-filed and served via first-class this 15th day of January, 2008, upon:

Nicholas S. Nunzio, Jr., Esquire
Attorney for defendant WMATA
600 5th Street, N.W.
Washington, D.C., 20001

Carl Caswell Hannah, *pro se*
11712 Butlers Branch Road
Clinton, Maryland, 20735

Keith Ward, *pro se*
4515 Illinois Avenue, N.W.
Washington, D.C., 20001

Amanda Myers, Esquire
Attorney for defendant Fitzmaurice
904 Wind River Lane
Suite 103
Gaithersburg, Maryland, 20878

/S/ Peter A. Chapin
_____
PETER A. CHAPIN,
Attorney for Plaintiff