UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*Alexander G. Pineda    and Newbo Safo*
_____
Plaintiff (s)

*Edward J. Fitzmaurice, et al.*
_____
Defendant (s)

Civil Action No. *1:07-cv-1948*
_____
*CA 07-2325*

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE

In accordance with the provisions of 28 USC § 636(c), the parties
to the above-captioned civil matter hereby voluntarily waive the
rights to proceed before a Judge of the United States District Court
and consent to have a United States Magistrate conduct any and all
further proceedings in the case, including trial, and order the entry
of final judgment.

**FILED**

MAY 29 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Signature of Parties                          Date

*Newbo Safo by _____*                   *5-29-08*

*Bo - Counsel for π Alexander Pineda*          *5/29/08*

*Amanda Myers, attny for Δ Fitzmaurice*        *5/29/08*

*Nicholas S. Nunzio #362578*                   *5/29/2008*
*Atty for Defendant WMATA*

ELECTION OF APPEAL

(Do not execute this portion of the Consent Form if the parties
desire that the appeal lie directly to the Court of Appeals.)

In accordance with the provisions of Title 28 U.S.C. § 636(c)(4),
the parties elect to take any appeal in this case to a District Judge.

Signature of Parties                          Date

_____          _____

_____          _____

_____          _____

ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred
to a United States Magistrate for all further proceedings and the
entry of judgment in accordance with Title 28, U.S.C. § 636(c) and
the foregoing consent of the parties.

_____
UNITED STATES DISTRICT JUDGE

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES
      HAVE CONSENTED TO PROCEED BEFORE A MAGISTRATE.

CO/942B