REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE B

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | | | | |
|---|---|---|---|---|
| CASE NO:<br>07-2325 | DATE REFERRED:<br>5/29/08<br><br>DISPOSITION DATE: | PURPOSE:<br>ALL PURPOSES INCLUDING TRIAL | JUDGE:<br>EMMET G. SULLIVN | MAG. JUDGE<br>JOHN FACCIOLA |
| PLAINTIFF(S):<br>NEWBE SAFO | | DEFENDANT(S):<br>CAROL HANNAH, et al | | |
| ENTRIES: | | | | |