IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ALEXANDER G. PINEDA** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil No.: 1:07-cv-01948 |
| | * | Assigned to:  Sullivan, Emmet G. |
| **EDWARD J. FITZMAURICE, et al.** | * | Assigned Date: 10/29/2007 |
| | * | |
| Defendants. | * | |

## LINE

Please be advised that Defendant Fitzmaurice <u>does not</u> stipulate to liability in the

captioned matter.


Respectfully submitted,

/S/ Lawrence Wesker

_____
Lawrence L. Wesker,#16873
**WESKER & MYERS, P.C.**
904 Wind River Lane, Suite 103
Gaithersburg, Maryland 20878
301-330-5460
Attorney for Defendant Fitzmaurice

## CERTIFICATE OF SERVICE REGARDING DISCOVERY

I hereby certify that on this 23th_ day of _June_, 2008, I served on:

Edward C. Bou
1001 Connecticut Avenue, NW
Suite 204
Washington D.C. 20036

Nicholas S. Nunzio, Jr.
WMATA
600 5th Street, NW
Washington, DC 20001

by e-file and first class mail postage prepaid, **Defendant's Line.**  I will retain the original of this document in my possession, without alterations, until the case is concluded in this Court, the time for noting an appeal has expired and any appeal has been decided.

Respectfully submitted,

/S/ Lawrence Wesker

_____
Lawrence L. Wesker,#16873
**WESKER & MYERS, P.C.**
904 Wind River Lane, Suite 103
Gaithersburg, Maryland 20878
301-330-5460
Attorney for Defendant Fitzmaurice