# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDER G. PINEDA : | |
| : | |
| Plaintiff, : | |
| v. : | Civil No. 1:07-cv-01948 |
| : | Magistrate Judge John M. Facciola |
| EDWARD J. FITZMAURICE and : | (for all purposes) |
| WASHINGTON METROPOLITAN AREA : | |
| TRANSIT AUTHORITY, et al. : | |
| : | |
| Defendants. : | |
| : | CONSOLIDATED WITH |
| : | |
| NEWBE SAFO : | |
| : | |
| Plaintiff, : | |
| v. : | Civil No. 1:07-cv-02325 |
| : | |
| WASHINGTON METROPOLITAN AREA : | |
| TRANSIT AUTHORITY and EDWARD J. : | |
| FITZMAURICE, et al. : | |
| : | |
| Defendants. : | |

**MOTION TO DISMISS DEFENDANTS CARL
[CAROL] CASWELL HANNAH AND KEITH A. WARD**
**(Lack of Subject Matter Jurisdiction-Immunity of WMATA Employees)**

**COMES NOW** the Defendant Washington Metropolitan Area Transit Authority (hereinafter referred to as "WMATA"), by and through undersigned counsel, and respectfully moves this Honorable Court in the case styled Newbe Safo v. WMATA, et al., Civil No. 1:07-cv-02325, pursuant to Fed. R. Civ. P. 12(b)(1), to dismiss Plaintiff Newbe Safo's Complaint against WMATA employees- Defendants Carl [not

Carol] Caswell Hannah[1] and Keith A. Ward, in that each WMATA employee, individually, is immune from lawsuit under Section 80 of the WMATA Compact, 80 Stat. 1350, Pub. L. 89-774 (November 6, 1966) codified at D.C. Code §9-1107.01(80) (2008) and as further reasons states as follows:

1. In the case styled <u>Newbe Safo v. WMATA, et al.</u>, Civil No. 1:07-cv-02325, Plaintiff Newbe Safo claims that he sustained injuries as damages while a passenger on Defendant WMATA's bus operated by the Defendant Carl Caswell Hannah on September 13, 2006 at approximately 6:45 a.m., at the intersection of southbound 16th Street, N.W. and Irving Street, N.W., Washington, D.C. involving a second WMATA bus operated by the Defendant Keith A. Ward and a third motor vehicle operated by the Defendant Edward J. Fitzmaurice. [2]

2. Defendant WMATA has admitted in its Answer that the Defendants Carl Caswell Hannah and Keith A. Ward were acting within the course and scope of their employment at the time of the occurrence. <u>See</u>, Document No. 5, <u>Newbe Safo v. WMATA, et al.</u>, Civil No. 1:07-cv-02325.

3. Defendant WMATA is a transit authority created by interstate compact by the District of Columbia, State of Maryland and the Commonwealth of Virginia in order to provide mass transit in the Washington D.C. Metropolitan Area,

---

[1] The bus driver's name in the various traffic investigative reports and Plaintiff's Complaint is Carl Hannah not Carol Hannah.

[2] In the case styled <u>Alexander Pineda v. WMATA, et al.</u>, Civil No. 1:07-cv-01948, Plaintiff Alexander Pineda acknowledged the immunity of WMATA employees Carl Caswell Hannah and Keith A. Ward under Section 80 of the WMATA Compact, codified at D.C. Code §9-1107.01(80) (2008), and did not sue them.

pursuant the WMATA Compact, 80 Stat. 1350, Pub. L. 89-774 (November 6, 1966) codified at D.C. Code §9-1107.01 (2008).

4.     Under Section 80 of the WMATA Compact, WMATA may be sued in tort for the negligent acts or omissions of its employees which are committed in the conduct of WMATA's proprietary functions.[3] WMATA has immunity for its governmental or discretionary functions. <u>See</u> Section 80 of the WMATA Compact codified at D.C. Code §9-1107.01(80) (2008). Section 80 provides, however, that

> The Authority shall be liable for its contracts and for its torts and those of its Directors, officers, employees and agent committed in the conduct of any proprietary function, in accordance with the law of the applicable signatory (including rules on conflict of laws), but shall not be liable for any such torts occurring in the performance of a governmental function. <u>The exclusive remedy for such breach of contracts and torts for which the Authority shall be liable, as herein provided, shall be by suit against the Authority</u>. Nothing contained in this Title shall be construed as a waiver by the District of Columbia, Maryland, Virginia and the counties and cities within the Zone of any immunity from suit.

5.     Accordingly, the exclusive remedy for the Plaintiff in these circumstances is by lawsuit against the Defendant WMATA only and not against its employees Carl Caswell Hannah and Keith Ward.. <u>See</u>, <u>e.g.</u>, <u>WMATA v. Johnson</u>, 467 U.S. 925, 940 (1984); <u>Queen v. WMATA</u>, 901 F.2d 135, 138 (D.C. Cir. 1990); <u>Sanders v. WMATA</u>, 819 F.2d 1151 (D.C. Cir. 1987); <u>Keener v. WMATA</u>, 800 F.2d 1173, 1176 (D.C. Cir. 1986); <u>Johnson v. Bechtel Associates Professional</u>

---

[3] For purposes of this lawsuit, Defendant Ross' operation of Defendant WMATA's bus at the time of the occurrence is deemed conduct of Defendant's proprietary function.

Corp., 717 F.2d 574 (D.C. Cir. 1983) (Section 80 was "expressly designed" to shift liability from agents and employees to the principal, WMATA). [4]

**WHEREFORE**, the Defendant Washington Metropolitan Area Transit Authority, requests that Plaintiff's Complaint be dismissed with prejudice as to the Defendants Carl Caswell Hannah and Keith A. Ward and for such other and further relief as to this Honorable Court deems just and proper.

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**

/s/
Nicholas S. Nunzio, Jr. #362578
Assistant General Counsel - WMATA
600 Fifth Street, N.W.
Washington, D.C.  20001
Telephone:  (202) 962-1028
Facsimile: (202) 962-2550
E-mail:  nnunzio@wmata.com

**MEMORANDUM OF POINTS AND AUTHORITIES**

1. As recited herein above.

2. The record herein including the Defendant's Answer filed in the Newbe Safo v. WMATA, et al., Civil No. 1:07-cv-02325.

3. Section 80 of the WMATA Compact codified at D.C. Code §9-1107.01(80) (2008).

4. Fed. R. Civ. P. 12(b)(1).

/s/
Nicholas S. Nunzio, Jr. #362578

---

[4] On a motion to dismiss for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1), a plaintiff bears the burden of establishing by a preponderance of the evidence that the court has subject matter jurisdiction. Short v. Chertoff, 526 F. Supp.2d 37, 40-41 (D.D.C. 2007).

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on this 7th day of July 2008, a copy of the foregoing Motion to Dismiss Defendants Carl Caswell Hannah and Keith A. Ward was electronically filed/served on:

Lawrence K. Bou, Esquire
BOU & BOU
1001 Connecticut Avenue, N.W., Suite 204
Washington, D.C. 20036

Peter A. Chapin, Esquire
Sacks & Chapin, P.C.
927 15th Street, N.W., 9th Floor
Washington, D.C. 20005

Amanda Myers, Esquire
WESKER & MYERS, P.C.
904 Wind River lane,
Suite 103
Gaithersburg, MD 20878

             /s/
          Nicholas S. Nunzio, Jr. #362578

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALEXANDER G. PINEDA** : | |
| : | |
| Plaintiff, : | |
| v. : | Civil No.  1:07-cv-01948 |
| : | Magistrate Judge John M. Facciola |
| **EDWARD J. FITZMAURICE**  and : | (for all purposes) |
| **WASHINGTON METROPOLITAN AREA** : | |
| **TRANSIT AUTHORITY, et al.** : | |
| : | |
| Defendants. : | |
| : | **CONSOLIDATED WITH** |
| : | |
| **NEWBE SAFO** : | |
| : | |
| Plaintiff, : | |
| v. : | Civil No.  1:07-cv-02325 |
| : | |
| **WASHINGTON METROPOLITAN AREA** : | |
| **TRANSIT AUTHORITY and EDWARD J.** : | |
| **FITZMAURICE, et al.** : | |
| : | |
| Defendants. : | |
| : | |

**O R D E R**

**UPON CONSIDERATION** of the Motion to Dismiss Defendants Carl Caswell Hannah and Keith A. Ward, the points and authorities cited in support thereof (and any opposition thereto) and upon a review of the record herein, including the Answer filed by the Defendant Washington Metropolitan Area Transit Authority ("WMATA") in the case styled <u>Newbe Safo v. WMATA, et al.</u>, Civil No. 1:07-cv-02325,  it is by the United States District Court for the District of Columbia this _____ day of _____ _____ 2008,

**ORDERED**, that the Motion to Dismiss Defendants Carl Caswell Hannah and

Keith A. Ward be and the same is hereby **GRANTED**; and, it is further,

**ORDERED**, that Plaintiff's Complaint be and the same is hereby **DISMISSED WITH PREJUDICE** as to the Defendants Carl Caswell Hannah and Keith A. Ward, only.

_____
**JOHN M. FACCIOLA**
**UNITED STATES MAGISTRATE JUDGE**

Copies to:

Nicholas S. Nunzio, Jr.
Assistant General Counsel - WMATA
600 Fifth Street, N.W.
Washington, D.C.  20001

Lawrence K. Bou, Esquire
BOU & BOU
1001 Connecticut Avenue, N.W.
Suite 204
Washington, D.C. 20036

Peter A. Chapin, Esquire
Sacks & Chapin, P.C.
927 15th Street, N.W., 9th Floor
Washington, D.C. 20005

Amanda Myers, Esquire
WESKER & MYERS, P.C.
904 Wind River lane,
Suite 103
Gaithersburg, MD 20878