IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDER G. PINEDA | : |
| | : |
| Plaintiff, | : Civil No.  1:07-cv-01948 |
| v. | : |
| | : Magistrate Judge John M. Facciola |
| EDWARD J. FITZMAURICE  and | : (for all purposes) |
| WASHINGTON METROPOLITAN AREA | : |
| TRANSIT AUTHORITY, et al. | : |
| | : |
| Defendants. | : |
| | : CONSOLIDATED WITH |
| | : |
| NEWBE SAFO | : |
| | : |
| Plaintiff, | : |
| v. | : Civil No.  1:07-cv-02325 |
| | : |
| WASHINGTON METROPOLITAN AREA | : |
| TRANSIT AUTHORITY and EDWARD J. | : |
| FITZMAURICE, et al. | : |
| | : Pretrial: August 15, 2008 @ 2:00 p.m. |
| | : Trial: August 27, 2008 @ 9:00 a.m. |
| Defendants. | : |
| | : |

**PRAECIPE OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

**TO THE CLERK:**

Please enter all claims, including cross-claims, in both of the above-captioned cases as **"SETTLED"** and **"DISMISSED WITH PREJUDICE."**  Each party shall be responsible for the payment of his and/or its own costs of these proceedings.

| | |
|---|---|
| **BOU & BOU** | **SACKS & CHAPIN, P.C.** |
| /s/ | /s/ |
| Lawrence K. Bou #435410 | Peter A. Chapin #002030 |
| 1001 Connecticut Avenue, N.W. | 927 15th Street, N.W. |
| Suite 204 | Ninth Floor |
| Washington, D.C. 20036 | Washington, D.C. 20005 |
| Telephone: (202) 223-1934 | Telephone: (202) 659-1200 |
| Facsimile: (202) 223-0086 | Facsimile: (202) 659-1029 |
| E-mail: lawrence@bouandbou.com | E-mail: pac@sacksandchapin.com |
| *Attorneys for Plaintiff, Alexander Pineda* | *Attorneys for Plaintiff, Newbe Safo* |

| | |
|---|---|
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY** | **WESKER & MYERS, P.C.** |
| _____/s/_____<br>Nicholas S. Nunzio, Jr. #362578<br>Assistant General Counsel - WMATA<br>600 Fifth Street, N.W.<br>Washington, D.C. 20001<br>Telephone: (202) 962-1028<br>Facsimile: (202) 962-2550<br>E-mail: nnunzio@wmata.com<br>*Attorneys for Defendant WMATA* | _____/s/_____<br>Amanda Myers #MD16915<br>Lawrence Wesker #16873<br>904 Wind River Lane, Suite103<br>Gaithersburg, MD 20878<br>Telephone: (301) 330-5460<br>Facsimile: (301) 330-5120<br>E-mail: wesker_whttaker@yahoo.com |